JAN 12 2026 PM3:15
FILED - USDC - BPT - CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Edwina Brown,
Plaintiff(s),

v.

Case No. ____________________
(to be filled out by Clerk's Office)

U. S.,
Defendant(s).

**MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. §1915**

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. §1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor;

(2) I am entitled to commence this action against the defendant(s); and

(3) I request that the Court direct the United States Marshal's Service to serve process in this matter.

Edwina Brown
Original Signature

Edwina Brown
Name (print or type)

740 Mix Ave Apt B206
Street Address

Hamden CT 06514
City State Zip Code

203-993-1125
Telephone Number

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Edwina Brown,
Plaintiff(s),

v.

U.S.,
Defendant(s).

Case No. ____________________
(to be filled out by Clerk's Office)

## FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. §1915

### I. INSTRUCTIONS:

Complete all questions in this Affidavit and sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable" (N/A), write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name and the question number. Failure to follow these instructions may result in the denial of your Motion.

### II. AFFIDAVIT:

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor,

(2) I am entitled to commence this action against the defendant(s), and

(3) The responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

## A. INCOME

**1. Your Employment:**

If employed at present, complete the following:
Name of employer: ____________ How long employed: Retired
Address of employer: N/A
Gross monthly income before taxes or other deductions: $ 0

If self-employed at present, complete the following:
State gross monthly income before taxes and deductions: N/A
What is the nature of your employment? ____________

If unemployed at present, complete the following:
I have been unemployed since (DATE): N/A
The name of your last employer: N/A
Address of last employer: N/A
Last gross monthly income received: $ N/0

**2. Your spouse's employment (if applicable):**

If spouse is employed, please complete the following:
Name of employer: N/A deceased How long employed: ____________
What is the nature of spouse's employment? N/A
Gross monthly income before taxes or other deductions: $ 0

**3. Do you or your spouse receive government cash benefits (e.g., SAGA or AFDC)?**

Yes ✓ No __. If yes, please complete the following:
I have been receiving these benefits since: social Security
I am receiving $ 2,266 per month for myself and the following family members: N/A

**4. Do you or your spouse receive social security, disability, workers' compensation or unemployment benefits?**

Yes ✓ No __. If yes, please complete the following:
I have been receiving (TYPE) SSA benefits since (DATE) 1997.
I am receiving $ 2,266 per month.

**5. Do you or your spouse receive any other income (e.g., rent payment, pensions, annuities, life insurance, child support) of any kind?**

Yes __ No ✓. If yes, please complete the following:
I am receiving $________ per month.
What is the source of this income? N/A

**6. List all of the people who are in your household and state the amount of money each one contributes to household expenses each month:**

Head of House Edwma Brown

## B. ASSETS OWNED BY YOU OR YOUR SPOUSE

**1. Real Property: Do you or your spouse own any real property, such as land or a house?**

Yes __ No ✓. If yes, please complete the following:
What kind of property is it? N/A
Property Address: N/A
Whose name is the property in? N/A
Estimated value: N/A

**a. Are you paying off a loan or mortgage on it?**

Yes __ No ✓. If yes, please complete the following:
Where are you obtaining the money to make the payments? N/A
Mortgage Balance: 0 Owed to: 0

**2. Other property owned by you or your spouse:**

**Automobile #1**: Make ________ Model N/A Year ________
Registered owner(s) name(s): N/A
Estimated value of automobile: ________ Amount Owed: 0

**Automobile #2**: Make N/A Model ________ Year ________
Registered owner(s) name(s): ________
Estimated value of automobile: ________ Amount Owed: 0

Do you own any other valuable property, such as boats, motorcycles, jewelry, artwork, antiques?
Yes __ No ✓. If yes, please complete the following:
Please describe the property and provide its estimated value: ________

**3. Cash owned by you or your spouse:**

Cash on hand: ________ Balance in checking or money market accounts: ________
Balance in savings accounts or similar accounts: 1/6/2026 225.40

**4. Stocks, bonds, mutual funds or other investments owned including retirement accounts (such as IRA, 401(k)) owned by you or your spouse:**

Total value of investments: N/A
Describe the nature of the investments: ________

VA | U.S. Department of Veterans Affairs
Office of General Counsel

Torts Law Group (021)
810 Vermont Avenue, NW
Washington, DC 20420
Email: stephen.fegard@va.gov

In Reply Refer To: GCL#548268

April 10, 2025

Edwina Brown
740 Mix Avenue, Apt. B206
Hamden, CT 06514

RE: Administrative Tort Claim – Veteran Edward Robinson

Dear Ms. Brown:

The U.S. Department of Veterans Affairs (VA) received your tort claim on March 31, 2025.

Your claim was filed pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671-2680. The FTCA provides monetary compensation when a government employee, acting within the scope of employment, injures another by a negligent or wrongful act or omission. From the date VA received your claim, you are required to allow VA at least six months to consider your claim. After VA has had your claim for at least six months, you may file suit in federal district court.

A combination of federal and state laws govern FTCA claims. Some state laws may limit or bar a claim or lawsuit, and other state laws may govern the actions of independent contractors (i.e., non-VA providers).

The FTCA does not govern the acts of independent contractors. If a specific provider named in your claim is an independent contractor, VA will notify you. If you are so notified and do not have legal representation, you are encouraged to seek legal advice regarding your rights to pursue a claim or lawsuit against the independent contractor directly. Obtaining legal advice can be beneficial because the timing for filing a claim against an independent contractor is governed by the statute of limitations in the state or territory where your claim arose.

Attorney Stephen Fegard has been assigned to research your claim. If you are not contacted after six months from the date of this letter, you may want to contact him at stephen.fegard@va.gov. Please note, VA staff handling FTCA claims work for the federal government and cannot provide you with legal advice or representation.

Sincerely,

Lisa Hosman-Davis
Supervisory Paralegal

010152147705



**Amount Now Due by 11/04/25** **$584.32**

**Account Number: 010-0001725-1553**
Statement Date: 10/07/2025

**Service Location:**
EDWINA BROWN
740 MIX AVE 3 B206
HAMDEN, CT 06514
POD-ID: 3000000009937
*Customer Name Key: BROW*

**Rate:** R - Residential

Meter Reading Cycle: 03
Bill Period: 09/05/25 to 10/05/25
Next Meter Reading: On or about 11/06/25

## Current Charges for Electricity

Local Delivery
$56.67

Cost of electricity from supplier or Standard Service. This cost is deregulated but is based on competitive procurements and dependent on usage.

Cost to maintain high voltage towers and lines. Regulated by the Federal Energy Regulatory Commission. This charge is dependent on usage.

Cost of UI to build, maintain, and repair poles, lines, and meters that deliver power from the substation. Regulated by PURA.

Cost to support energy programs authorized by the state. Charge dependent on usage.




Percentages may not total 100% due to rounding




## Supply Cost Comparison

| | |
|---|---|
| Your Supplier Charge: | $53.74 |
| Standard Service Comparison: | $53.74 |

Your Supplier Contract

Supplier Rate: 11.6841¢/kWh Fixed
Term: 6 Month(s)
Expires: Dec 2025 Meter Read
Dec Cycle rate: 11.6841¢/kWh

Standard Service

Standard Service Rate: 11.6841¢/kWh
Term: 6 Month(s) Fixed
Expires: Dec 31, 2025

## Your Supplier Information

THE UNITED ILLUMINATING COMPANY
PO BOX 1564
NEW HAVEN, CT 06506-0901
1-800-722-5584
www.uinet.com

Supply Summary information is provided by your supplier. Contact your supplier to verify the information. To return to Standard Service visit EnergizeCT.com or contact us at uinet.com or 800-7-CALL-UI.

## How Your Use Changed

This Month's Electric Use
460 kWh

**This month you used**
80.39% more
**than at the same time last year.**

One or more components have changed pricing this month, pricing may not print for that component.

All charges are due as of your Statement Date. For non-residential and residential non-hardship customers, any unpaid charges may be subject to a late payment charge as of your Statement Date, at the rate of 1.25% per month, if not paid on or before **11/04/25**. If you make your payment on the Due Date at an authorized payment agent, your payment may not post until the following business day. If you have questions, please contact us.

Please return this stub with your payment. Please allow 7 to 10 business days for processing. Do not send cash or coins, and do not return with staples or paper clips. Please make your check payable to:
**The United Illuminating Company**

Please consider adding $1, $2, or $3 for Operation Fuel. **You can also add more when paying your bill online or by phone.** 100% of your tax-deductible donation provides energy assistance grants.

| | |
|---|---|
| Account Number | **010-0001725-1553** |
| Due Date | **11/04/2025** |
| Amount Now Due | **$584.32** |
| Amount Paid | |

AV 01 010338 54438H 41 A[illegible]5DGT
EDWINA BROWN
740 MIX AVE 3 UNIT B206
HAMDEN CT 06514-2281

*Please send payment to:*

THE UNITED ILLUMINATING COMPANY
PO BOX 847818
BOSTON, MA 02284-7818

010000172515530000175640000423600000584328

# Notice of Cost of Living Adjustment (COLA)

Hello EDWINA K BROWN

Your Social Security benefit will increase by **2.8%** in January 2026. Next year, receive your benefit information up to three weeks earlier by creating an online ***my Social Security*** account at ***www.ssa.gov/myaccount.*** You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans and for other business. Keep this letter with your important financial records or access this information anytime online by signing in to your personal ***my Social Security*** account.

| **How Much You Will Get In 2026 (Before Deductions)** | **Monthly Amount** |
|---|---|
| Your monthly benefit in 2026 before deductions | $2,266.00 |
| **2026 Common Deductions** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C)<br>If you did not have Medicare as of November 20, 2025, or if someone else pays your premium, we show $0.00. | -$0.00 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2026. If you did not elect withholding as of November 1, 2025, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 20, 2025, we show $0.00. | -$0.00 |
| **How Much You Will Get In 2026 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2026 after deductions<br>This monthly amount may include deductions not listed above. | **$2,266.00** |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to ***www.ssa.gov/cola*** or scan the QR code. →

If you would like a paper copy of any of this information, please contact us.

**Need more help?**

1. Visit ***www.ssa.gov*** for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am. to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-331-5281**.

SOCIAL SECURITY
GIAIMO FED BLDG 4TH FL
150 COURT ST
NEW HAVEN, CT 06510

Invoice Number: 010132221021 - 05000116656138 CT LIC. S1-0303125, MECH 1109



**Amount Now Due by 11/11/25 $616.23**

**Account Number: 050-0011665-6138**
Statement Date: 10/14/2025

**Service Location:**
EDWINA BROWN
740 MIX AVE #206
HAMDEN, CT 06514
POD-ID: 5000000112724
*Customer Name Key:* **BROW**

**Rate:** SCG Residential Heating

Meter Reading Cycle: 08
Bill Period: 09/12/25 to 10/10/25
Next Meter Reading: On or about 11/12/25

Current Charges for Natural Gas

Cost of Natural Gas purchased for you by SCG and regulated by PURA; or for Commercial Customers by SCG or a supplier which is deregulated but is based on competitive procurements. This charge is dependent on usage.

Cost of SCG to build, maintain, and repair gas pipelines, and meters that deliver Natural Gas. Regulated by PURA and dependent on usage.

Cost to support energy programs authorized by the state. Charge dependent on usage.

$0 $9 $17 $26 $35 $44

Percentages may not total 100% due to rounding

Percentages less than 4% and negative amounts will not appear in the graph.

005247 1/1

**Usage History - Total Monthly CCF**




| Avg. Temp. | 65° | 56° | 44° | 34° | 30° | 38° | 47° | 58° | 63° | 75° | 77° | 71° | 66° |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

How Your Use Changed

This Month's Natural Gas Use 17 CCF*

**This month you used** 13.33% more **than at the same time last year.**

Your Natural Gas Supplier Information

Southern Connecticut Gas
60 MARSH HILL ROAD
ORANGE , CT 06477-3624
1-800-659-8299
www.soconngas.com

Have a question for SCG?
Visit soconngas.com/support/contactus or call us at 1.800.659.8299

Congratulations! You have successfully completed the Matching Payment Program (MPP). All required payments were received and have been matched up to a zero balance. Now that your account is current, your payments will no longer be matched. You are now eligible to participate in Budget Billing. This program spreads your projected annual energy cost into 12 balanced monthly payments. To learn more, visit soconngas.com.

Please return this stub with your payment. Please allow 7 to 10 business days for processing. Do not send cash or coins, and do not return with staples or paper clips. Please make your check payable to: **SCG**

Please consider adding $1, $2, or $3 for Operation Fuel. **You can also add more when paying your bill online or by phone.** 100% of your tax-deductible donation provides energy assistance grants.

**Account Number**
**050-0011665-6138**
**Due Date**
**11/11/2025**
**Amount Now Due**
**$616.23**
**Amount Paid**

AV 01 005247 67359H 20 A**5DGT
EDWINA BROWN
740 MIX AVE 3 UNIT B206
HAMDEN CT 06514-2277

*Please send payment to:*

SOUTHERN CONNECTICUT GAS CORPORATION
PO BOX 847819
BOSTON MA 02284-7819

050001166561380000075780000692010000616235

## C. OBLIGATIONS:

**1. Estimate the average monthly expenses of you and your family:**

| | |
|---|---|
| Rental on house/apartment 1,779 Section 8 | $ 761- |
| Mortgage payment on house/apartment: | $ 0 |
| Property taxes on house/apartment: | $ 0 |
| Gas/heating oil bill: | $ 50 – |
| Electric bill: | $ 140 – |
| Water bill: | $ 0 |
| Phone/cell phone bill: | $ 150 – |
| Internet bill: | $ 50 – |
| Cable bill: | $ 0 |
| Car payment: | $ 0 |
| Fuel and maintenance for car: | $ 0 |
| Car insurance payment: | $ 0 |
| Other types of insurance payments (such as health, life, disability, property, (renter's insurance): ) | $ 15 – |
| Food (do *not* include food purchased with SNAP benefits): | $ 390 - month |
| Clothing: | $ 20. – |
| Transportation expenses: | $ 60 - month |
| Medical expenses not covered by insurance: | $ 12 - co-pay |
| Alimony or child support payments: | $ 0 |
| Monthly payments on outstanding debts: | |
| Please list: U.I. – please see attached | $ 584 - payment plan |
| Please list: Gas - please see attached | $ 616 – payment plan |
| Please list: | $ |
| * Social worker helping me obtain secondary insurance | |
| Other necessary expenses: | |
| Please list: | $ 0 |
| Please list: | $ 0 |
| Please list: | $ 0 |
| **TOTAL AMOUNT OF MONTHLY OBLIGATIONS:** | $ 1,608 – |

**2. Debts:**

Do you or your spouse owe any money other than mortgage or auto loans, such as student debt, medical debt, credit card debt? List the total amount of each debt below, and to whom it is owed.

Debt owed to: N/A $ 0
Debt owed to: N/A $ 0
Debt owed to: N/A $ 0

3. **Dependents/Other obligations:**

List all persons who are dependent upon you and your spouse for support, state your relationship to those persons, their age, and indicate how much you contribute toward their support on a monthly basis:

| **Name** (if under 18, initials only) | **Relationship** | **Age** | **Monthly Support** |
|---|---|---|---|
| N/A | | | $ 0 |
| | | | $ 0 |
| | | | $ 0 |
| | | | $ 0 |

4. **Provide any other information that will help explain why you cannot pay the costs of these proceedings:**

My monthly does Not Afford me the income needed to secure Legal Counsel (social security)

D. **PREVIOUS LITIGATION:**

If you have ever filed a case in federal court, provide the following information for each case you have filed. **All prior cases must be listed.** If you need additional space, please continue on a separate sheet.

| Case Number | Case Caption | Disposition of Case |
|---|---|---|
| 1. N/A | | |
| 2. N/A | | |
| 3. N/A | | |
| 4. N/A | | |

E. **DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 1/6/2026

Edwina Brown
Original Signature of Affiant