**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EDWINA BROWN, *on her own behalf and as administratrix and sole beneficiary of the Estate of Edward O. Robinson,*<br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Defendant.* | No. 3:26-cv-59 (SRU)<br><br>September 11, 2026 |

## DEFENDANT'S MOTION TO DISMISS

The Defendant, the United States of America, hereby respectfully moves to dismiss this case under Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(h)(3). In the alternative, the United States asks the Court to strike an improper claim for damages under Federal Rule of Civil Procedure 12(f). The grounds for this motion are set forth in the attached Memorandum of Law. The motion is also supported by the attached Declaration of Jessica Brand dated September 10, 2026.

WHEREFORE, for the reasons set forth in the attached Memorandum of Law in Support, the United States respectfully requests that the Court grant this motion.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/ *Stewart C. Dearing*
Stewart C. Dearing [phv20593]
Assistant United States Attorney
United States Attorney's Office
1000 Lafayette Boulevard, 10th Flr
Bridgeport, CT 06604
Telephone: (203) 696-3020
Fax: (203) 579-5575
E-mail: Stewart.Dearing@usdoj.gov

**Oral Argument Requested**