**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EDWINA BROWN,<br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Defendant*. | Case No. 3:26-cv-59 (SRU) |

**DECLARATION OF JESSICA BRAND**

I, Jessica Brand, hereby make the following declaration with respect to the above-captioned matter:

1. I am aware that this declaration may be filed in the United States District Court for the District of Connecticut and that this declaration is the legal equivalent of a statement under oath. I am over the age of eighteen and am competent to make this declaration. I make this declaration based on my personal knowledge and on information available to me in my official capacity.

2. I am currently employed by the Department of Veterans Affairs ("VA"), Veterans Affairs Regional Office, in St. Louis, Missouri, as the Assistant Director. I have been employed by VA since August 2006. I have held the position of Assistant Director since September 28, 2020. In that capacity, I am responsible for the administration of Privacy Act and Freedom of Information Act (FOIA) requests for Compensation and Pension claims for all Veterans Benefits Administration. As part of my duties, I have access to VA's records of benefits claims and can retrieve information regarding open, closed, and pending benefits claims.

3. I have reviewed VA's document holdings for Mr. Edward O. Robinson, typically referred to as a claim file ("C-file"). A C-file contains all records submitted to the Veterans Benefits Administration by Mr. Edward O. Robinson, the War Department (currently known as Department of War), or a third party after Mr. Edward O. Robinson's passing. These documents include military service records, burial reimbursement records, and survivor benefits related to eligibility determinations for VA benefits. These documents have been scanned and uploaded into an electronic folder stored in VA's Veterans Benefits Management System ("VBMS"). VBMS is the official system of record for VA. Based on VA's policies and procedures, the paper records scanned and uploaded into VBMS are the only records in VA's possession, custody, or control, related to Mr. Robinson's C-file.

4. Our records show that Mr. Robinson served in the U.S. Army from September 10, 1943, to January 20, 1946, and received an Honorable Discharge. Our records further show that

he passed away on March 3, 1967. [1]

5. Our records show that VA received Mr. Robinson's military personnel record (including an Enlisted Record and Report of Separation and a Certificate of Honorable Discharge WD AGO Form 53-55) on January 23, 1946. The copy received is copy 5, Veterans Administration Regional Office Copy. At the time this copy was received, the War Department mailed a copy to the Department of Veterans Affairs upon discharge of the individual; this is indicated on the bottom of the form. On January 28, 1946, VA received WD AGO Form 100 - War Department Separation Qualification Record, on which the number 16372112 was stamped in the top right. On November 13, 1950, VA received a file folder, "Photostats of Service Records," containing a DD214 and a Certificate of Discharge; VA's records reflect only the date this folder was received and date-stamped, and do not identify the sender. On that same date, November 13, 1950, VA issued VA Form 3-3145, Notice of Assignment of C-Number, and Mr. Robinson was assigned C-Number 16372112. On November 22, 1950, VA issued VA Form 3-3024 confirming the veteran's C-file assignment; VA's records do not reflect the recipient of this form. This form is a transactional form for internal purposes used to verify the veteran's personal information and the identification number (C-Number) assigned. A C-Number is a VA-created number assigned to an individual for filing purposes; C-Numbers were assigned prior to the prevalence of Social Security Numbers.

6. I conducted a search of Mr. Robinson's C-file for evidence of a claim for service-connected disability benefits filed by Mr. Robinson during his lifetime. No such claim was discovered.

7. I also conducted a search of Mr. Robinson's C-file for evidence of a claim for service-connected disability benefits filed by Ms. Edwina Brown, individually or on behalf of Mr. Robinson. No such claim was discovered.

8. Following Mr. Robinson's passing on March 3, 1967, VA received, on March 30, 1967, an Application for United States Flag for Burial Purposes, VA Form 27-2008.

9. An Application for Dependency and Indemnity Compensation or Death Pension was received by VA on April 6, 1967, from Mr. Robinson's ex-wife, Mrs. Ernestine Robinson, filing on behalf of their four children: Edward, Michael, Guy, and Patricia. Mrs. Robinson's application states that she and Mr. Robinson had divorced approximately two years earlier, in February 1964. Mrs. Robinson's application did not assert a claim on behalf of Ms. Edwina Brown, as Ms. Brown was over the age of 18 at the time of Mr. Robinson's passing, and VA did not otherwise receive any claim for benefits from Ms. Edwina Brown or from someone else filing on her behalf.

---

[1] The July 12–16, 1973 fire at the National Archives and Records Administration (NARA) did not affect Mr. Robinson's claims file. His claims and all corresponding payments to surviving dependents were completed by June 1973, before the fire occurred. In addition, VA records, including C-files, were not stored at the NARA facility that burned.

10. On June 29, 1967, VA made the determination that Mr. Robinson's death was not due to any disease or injury incurred or aggravated by his service. Based on this determination, service-connected death benefits were denied. On July 21, 1967, Mrs. Robinson was notified that VA had granted Death Pension benefits for her minor children. The notice also noted that the payments would be reduced as the children reached the age of 18.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of September 2026.

Jessica Brand
Assistant Director
Veterans Benefits Administration
U.S. Department of Veterans Affairs