**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EDWINA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:26-cv-00059-SRU |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | October 30, 2026 |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned attorney, Armando Ghinaglia of Wiggin and Dana LLP, hereby respectfully moves this Court to withdraw as attorney of record for Plaintiff Edwina Brown ("Plaintiff") in the above-captioned matter.

In support of this Motion, the undersigned states that he will be departing Wiggin and Dana LLP and seeks to withdraw only his individual appearance. Plaintiff will continue to be represented by James I. Glasser and Shana Hurley of Wiggin and Dana LLP, and the requested withdrawal should not prejudice Plaintiff, Defendant, or the orderly progress of this case.

Plaintiff has received actual notice of this Motion to Withdraw.

WHEREFORE, the undersigned, Armando Ghinaglia, respectfully requests that the Court grant this Motion to Withdraw as Counsel of Record for Plaintiff.

Dated: October 30, 2026

Respectfully submitted,

PLAINTIFF
EDWINA BROWN

By: /s/ *Armando Ghinaglia*

Armando Ghinaglia (ct31859)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven CT 06510
Tel. 203.498.4398
Fax 203.782.2889
aghinaglia@wiggin.com

Her Attorney